**STATE of Missouri, Respondent,**

v.

**Ralph L. WILLIS, Appellant.**

**No. WD 72348.**

Missouri Court of Appeals,
Western District.

Oct. 30, 2012.

Mary Highland Moore, Jefferson City, MO, for respondent.

Richard Wayne Johnson, Kansas City, MO, for appellant.

Division One: JAMES M. SMART, JR., P.J., LISA WHITE HARDWICK and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Ralph Willis appeals his conviction following a jury trial for second-degree murder, endangering the welfare of a child, and child abuse resulting in death. We affirm. Rule 30.25(b).